IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOSE LUIS HILARIO-PAULINO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 305-138 |
| ) | |
| MICHAEL PUGH, Warden, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The petition is **DISMISSED** and this civil action is **CLOSED**.[1]

SO ORDERED this 13 day of January, 2006.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Petitioner filed a letter with the Court requesting that he be served with the response to his petition filed by respondent. Respondent, however, did not file a response to the petition.